UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN COOPER,<br><br>     Plaintiff,<br><br>     v.<br><br>KATHLEEN ALLISON, et al.,<br><br>     Defendants. | Case No. 20-09415 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 28) |

Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the California Department of Corrections and Rehabilitation (CDCR) and San Quentin State Prison, where he was formerly housed. Dkt. No. 1. On June 14, 2021, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendants. Dkt. No. 16. Defendants were directed to file a dipositive motion or notice regarding such motion. *Id.* Defendants have filed a motion requesting an extension of time to file a motion for summary judgement. Dkt. No. 28.

Having shown good cause, Defendants' motion is **GRANTED**. Defendants shall file a motion for summary judgment **no later than December 13, 2021,** which is an

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.20\09515Cooper_eot_MSJ

extension of 90 days from the original deadline of September 14, 2021.  Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed.  Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 28.

**IT IS SO ORDERED**

Dated:  __September 7, 2021__

*(signature)*
BETH LABSON FREEMAN
United States District Judge