UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re CIM-SQ Transfer Cases**

Case No. 20-cv-09415-BLF

**ORDER DENYING PENDING MOTIONS WITHOUT PREJUDICE AND STAYING OTHER PROCEEDINGS**

In light of the Order of Limited Assignment entered in this case, referring to the Hon. William H. Orrick the resolution of identified common issues, any pending motions to dismiss are DENIED WITHOUT PREJUDICE.

Judge Orrick will issue an order setting out a briefing and hearing schedule to resolve the referred-issues under Case 3:22-mc-80066-WHO *In re CIM-SQ Transfer Cases*.

All case management dates in this case are VACATED and proceedings other than those ordered by Judge Orrick are STAYED. Dates will be re-set once the common issues have been resolved.

**IT IS SO ORDERED.**

Dated: March 9, 2022

BETH LABSON FREEMAN
United States District Judge